**Opinion issued November 21, 2012**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-12-00135-CV

———————————

**PATRICIA ANN YOUNG, TINA MARIE YOUNG, AND DAVID MICHAEL YOUNG, Appellants**

**V.**

**THE TEXAS COUNTY AND DISTRICT RETIREMENT SYSTEM, Appellees**

---

**On Appeal from the Probate Court**
**Galveston County, Texas**
**Trial Court Cause No. PR0072700-A**

---

## MEMORANDUM OPINION

Appellants, Patricia Ann Young, Tina Marie Young, and David Michael

Young, who joined the underlying suit as intervenors, have failed to timely file a

brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that their appeal was subject to dismissal, appellants did not respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of appeal). Further, appellees filed a motion to dismiss the appeal on the basis that appellants have failed to file a brief. Appellants have not responded to the motion.

We grant the motion and dismiss the appeal for want of prosecution. We dismiss any pending motions as moot.

### PER CURIAM

Panel consists of Justices Jennings, Higley, and Sharp.